## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Brassell L

Printed:  10/7/08

Case Number:  07 B 01257
Judge:  Goldgar, A. Benjamin
Filed:  1/25/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  August 26, 2008
Confirmed:  April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,250.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,126.85 |
| Trustee Fee: |  | 123.15 |
| Other Funds: |  | 0.00 |
| Totals: | 2,250.00 | 2,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,900.00 | 2,126.85 |
| 2. | City Of Chicago | Secured | 0.00 | 0.00 |
| 3. | Rx Acquisitions | Unsecured | 54.22 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 495.96 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 2,681.14 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 7,651.06 | 0.00 |
| 7. | Rx Acquisitions | Unsecured | 27.93 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 2,602.75 | 0.00 |
| 9. | Rx Acquisitions | Unsecured | 164.57 | 0.00 |
| 10. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 11. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
| 12. | Van Ru Collection Agency | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 15. | Van Ru Collection Agency | Unsecured |  | No Claim Filed |
| 16. | Verizon Wireless | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,577.63 | $ 2,126.85 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 113.40 |
| 6.5% | 9.75 |
|  | $ 123.15 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jackson, Brassell L

Printed:  10/7/08

Case Number:  07 B 01257

Judge:  Goldgar, A. Benjamin

Filed:  1/25/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

